

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

Robert Fredeking; Crystal Aranda

Civil Action No. 17-cv-1807-CAB-KSC

**Plaintiff,**

V.

Aurora Behavioral Health Center, Inc.

**JUDGMENT IN A CIVIL CASE**

**Defendant.**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

In light of the foregoing, it is hereby Ordered that Defendant's motion to dismiss is Granted. It is further Ordered that the complaint is Dismissed Without Prejudice. It is So Ordered.

Date: 10/27/17

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ J. Gutierrez

J. Gutierrez, Deputy